# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143027 & (13)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MAURICE ANTWAN HAYNES,
     Defendant-Appellant.

SC: 143027
COA: 302957
Saginaw CC: 06-027536-FC

_____/

     On order of the Court, the application for leave to appeal the April 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

h1114